UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 16 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

  v.

SCUDERIA DEVELOPMENT, LLC; et al.,

       Defendants - Appellants.

No. 22-50080

D.C. Nos. 2:19-cr-00282-RGK-7,
2:19-cr-00282-RGK-8,
2:19-cr-00282-RGK-9,
2:19-cr-00282-RGK-10
U.S. District Court for Central California, Los Angeles

**MANDATE**

---

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

  v.

PERFECTUS ALUMINIUM INC, AKA Perfectus Aluminium Inc,

       Defendant - Appellant.

No. 22-50081

D.C. No. 2:19-cr-00282-RGK-5
U.S. District Court for Central California, Los Angeles

---

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

  v.

No. 22-50082

D.C. No. 2:19-cr-00282-RGK-6
U.S. District Court for Central California, Los Angeles

PERFECTUS ALUMINUM
ACQUISITIONS, LLC,

      Defendant - Appellant.

---

UNITED STATES OF AMERICA,

      Plaintiff - Appellant,

  v.

ZHONGTIAN LIU, AKA Big Boss,
AKA Chairman, AKA UL, AKA Uncle
Liu, AKA Liu Zhongtian; et al.,

      Defendants,

 and

PERFECTUS ALUMINIUM INC; et
al.,

      Defendants - Appellees.

No. 22-50103

D.C. Nos. 2:19-cr-00282-RGK-4,
2:19-cr-00282-RGK-5,
2:19-cr-00282-RGK-6,
2:19-cr-00282-RGK-7,
2:19-cr-00282-RGK-8,
2:19-cr-00282-RGK-9,
2:19-cr-00282-RGK-10

U.S. District Court for Central
California, Los Angeles

The judgment of this Court, entered July 31, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT